UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASHAY LOUIS HALL,<br><br>    Plaintiff,<br><br>    v.<br><br>YOUTUBE, LLC,<br><br>    Defendant. | Case No. 24-cv-04071-WHO<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 19 |

Defendant YouTube, Inc. filed a motion to dismiss plaintiff's pro se Complaint on October 16, 2024. Dkt. No. 19. Plaintiff's opposition or other response to that motion was due by October 30, 2024. As of today, plaintiff has not filed an opposition or other response to YouTube's motion to dismiss.

The December 10, 2024 hearing is VACATED.

Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute. Fed. R. Civ. Proc. 41(b). Plaintiff can respond to this OSC by filing an opposition or other response to the motion to dismiss by **January 3, 2025**.

If plaintiff does not file an opposition or other response to the motion to dismiss by **January 3, 2025**, this case will be dismissed without prejudice for failure to prosecute under Rule 41(b).

If plaintiff files an opposition or other response by January 3, 2025, YouTube may file a reply within seven days thereafter, and the matter will be reset for a hearing on January 22, 2025, or taken under submission.

**IT IS SO ORDERED.**

Dated: December 4, 2024

William H. Orrick
United States District Judge