DASHAY HALL SR
629 Westridge Court
Yukon, OK 73099
317-697-0781
Email: AriFootball25@gmail.com

DASHAY HALL SR, PRO SE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT COURT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DASHAY HALL SR,<br><br>　　　　　　Plaintiff(s),<br><br>　vs.<br><br>YOUTUBE LLC,<br><br>　　　　　　Defendant(s). | Case No.: 3:24-cv-04071-WHO<br><br>**PLAINTIFF'S REPLY TO DEFENDANT YOUTUBE LLC's CASE MANAGEMENT STATEMENT**<br><br>**DATE:** January 22, 2025<br>**TIME:** 2:00 PM<br>**JUDGE:** Hon. William H. Orrick |

1. **Introduction**

Defendant's motion to delay the scheduling order is based on the premise that Plaintiff is not prepared to engage in case management discussions and that further delays are necessary to allow for collaboration on a detailed case management plan. Plaintiff disagrees with this assertion and argues that an expedited schedule is warranted in this case.

2. **Addressing Defendant's Mischaracterizations and Omissions**

Defendant's Case Management Statement contains several mischaracterizations of Plaintiff's position and the nature of this case, as well as critical omissions of fact and law:

**"Feud" with Money Boy Trey:** Defendant attempts to portray this case as a mere "feud" between Plaintiff and another YouTube user, MoneyBoy Tr3y. This is a gross misrepresentation of the core issue, which is YouTube's breach of its licensing agreement with Plaintiff and its failure to prevent fraudulent copyright claims. MoneyBoy Tr3y is a serial copyright abuser who has repeatedly filed false copyright claims against numerous channels. He has never once followed through with legal action, demonstrating a clear pattern of abusing the DMCA system to harass and silence creators.

**Licensing Agreement:** Defendant fails to acknowledge the validity of Plaintiff's licensing agreement for the song "Built To Last Instrumental" and YouTube's responsibility to protect Plaintiff from copyright infringement claims related to that song. It's crucial to emphasize that YouTube itself issued this license to Plaintiff, granting him the right to use the song in his content. Despite this, YouTube's system allowed the song to be taken down based on a false claim that it was a different song ("Feel Me by Mon3y Boy Tr3y") that does not exist. This demonstrates a clear inconsistency and failure on YouTube's part to uphold its own licensing agreements and protect the creators who rely on them.

**Omitted Facts:** Defendant conveniently omits key facts that support Plaintiff's claims, including:

    **Defendant's Misleading Statements:** Defendant's statement that "Hall's allegations of wrongdoing do not approach any sort of actionable legal claim" is a blatant misrepresentation of Plaintiff's case. Plaintiff has clearly articulated valid legal claims, including breach of contract, violation of the DMCA, and negligence.

    **YouTube's Responsibility:** Defendant attempts to distance itself from the dispute, but it

cannot simply ignore a valid license to avoid involvement in a perceived "feud" between users. YouTube has a legal obligation under the DMCA to implement a system for terminating repeat infringers like MoneyBoy Tr3y. Had YouTube honored Plaintiff's license and addressed the fraudulent takedown, this lawsuit would likely not be necessary.

3. **Defendant's Disregard for Plaintiff's Pro Se Status**

Furthermore, Defendant's counsel has repeatedly insisted that Plaintiff obtain legal representation, despite Plaintiff's clear and consistent assertions that he is representing himself in this matter. This behavior is not only disrespectful to Plaintiff's right to proceed pro se but also suggests an attempt to undermine Plaintiff's position and obstruct the efficient resolution of this case.

4. **Need for Expedited Schedule**

Plaintiff maintains that an expedited schedule is necessary in this case due to the following factors:

**Nature of the Case**: The case involves straightforward legal issues and readily available evidence, making it suitable for an expedited timeline.

**Ongoing Harm:** Plaintiff is experiencing ongoing harm as a result of Defendant's actions, and further delays will only exacerbate this harm.

**Defendant's Delay Tactics:** Defendant's motion to delay the scheduling order and its mischaracterizations in the Case Management Statement are just the latest in a series of attempts to delay and obstruct the proceedings.

5. **Plaintiff's Proposal**

Plaintiff proposes the following to ensure efficient resolution of the case management matters:

**Immediate Scheduling Conference:** The Court should schedule a scheduling conference within the next two weeks to establish a case management plan.

**Expedited Discovery:** Discovery should be completed within 60 days of the scheduling conference.

**Early Trial Date:** A trial date should be set as soon as practicable following the close of discovery.

**6. Conclusion**

Defendant's attempts to delay and mischaracterize the nature of this case are without merit. Plaintiff is prepared to engage in case management discussions and requests that the Court establish an expedited schedule to ensure a fair and efficient resolution of this lawsuit.

DATED: January 17, 2025

                                            */s/ DaShay Hall Sr.*
                                            DaShay Hall Sr.
                                            AriFootball25@gmail.com

                                            Pro Se