UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DASHAY LOUIS HALL,

          Plaintiff,

    v.

YOUTUBE, LLC,

          Defendant.

Case No.  24-cv-04071-WHO

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 41

      Pursuant to Order Granting Motion to Dismiss First Amended Complaint, Judgment is accordingly entered.

Dated:  November 24, 2025

Mark B. Busby, Clerk

By  Jean M. Davis, Deputy Clerk