- EXHIBIT A – DMCA takedown notice dated 04.28.2024.

- EXHIBIT B – DMCA takedown notice dated 04.29.2024.

- EXHIBIT C – Chat with customer support of YouTube dated 04.29.2024.

- EXHIBIT D – Counter-Notification by Plaintiff for the video "Woman Goes To Have A Beer, But Forgets THIS In The Car!" dated 05.01.2024.

- EXHIBIT E – Counter-notification submitted by Plaintiff for YSL Shannon Video dated 04.29.2024.

- EXHIBIT F – License from Youtube Audio Library – Built to Last (Instrumental) by Neefex.

- EXHIBIT G – Counter-notification submitted by Plaintiff for I am Leader- Dolton Video dated 05.01.2024.

- EXHIBIT H – Emails dated 04.30.2024 and 05.01.2024 sent to YouTube by Plaintiff.

- EXHIBIT I – Plaintiff contacts YouTube support agent Olivia on 05.02.2024.

- EXHIBIT J – YouTube support chat with Valdrienne dated 05.03.2024.

- EXHIBIT K – Reporting of live stream by Plaintiff to support agent Lee and Erin dated 05.04.2024.

- EXHIBIT L – Disabling of YouTube Channel of Plaintiff 'The Real Late Night Crew' dated 05.06.2024.

- EXHIBIT M – YouTube support chat with Liebe dated 05.08.2024.

- EXHIBIT N – YouTube support chat with Jerick dated 05.08.2024.

- Exhibit O – MONEYBOY TR3Y and Jedidiah Brown made threats against Plaintiff including posting plane tickets dated 05.11.2024.

- EXHIBIT P – FBI was contacted and all messages from Facebook were documented dt. 12/05/2024.

- EXHIBIT Q – Request from Plaintiff to YouTube for details of counter-notification on 05.14.2024.

- EXHIBIT R – Copyright Claim Board complaint filed by the Plaintiff dated 05.21.2024.

- EXHIBIT S – Harassment towards Burgandy Blue Commentary on YouTube, Facebook posts, and messages dated 05.24.2024.

- EXHIBIT T – Plaintiff to YouTube about threats dated 05.25.2024.

- EXHIBIT U – Stream titled "48-hour notice" by Jedidiah Brown dated 05.28.2024.

- EXHIBIT V – Plaintiff reported to YouTube about an infringing video dated 06.01.2024.

- EXHIBIT W – Plaintiff informed YouTube about the Police report against Mark Avington and Jedidiah Brown dated 06.04.2024.

- EXHIBIT X – Mail from Youtube regarding disabling of Plaintiff's channel LNC News dt. 06.14.2024.

- EXHIBIT Y – Mail from Youtube to Burgundy Blue Commentary disabling videos dated 06.17.2024.

- EXHIBIT Z – Plaintiff filed a complaint with police and FBI.

- EXHIBIT AA – YouTube terms and guidelines.

- EXHIBIT BB – YouTube support thread with Mazey from 04.09.2024 to 05.032024.

- EXHIBIT CC – Screenshot of Metadata of video "Tyler Hero Feat. Christy"

- EXHIBIT DD – Screenshot of counter-notification submitted by MONEYBOY TR3Y but not notified to Plaintiff.

- EXHIBIT EE – Emails to YouTube about reinstatement of infringing video from 06.03.2024 to 06.10.2024.

- Exhibit FF – Communication with YouTube about false counter dated 05.11.2024.

- **EXHIBIT GG - DMCA**

- **EXHIBIT HH– Counter notification submitted by MONEYBOY TR3Y dt. 10.05.2024**

- **EXHIBIT II - reused content demonetization email**

- **EXHIBIT JJ - reused content support email**

- **EXHIBIT KK - reused content appeal email**

- **EXHIBIT LL - reused content support chats**

- **EXHIBIT MM - Youtube Support Chat 4-28-25**

- **EXHIBIT NN - Reviewing Today's Thornton Township Meeting**

- **EXHIBIT OO - @Investigatenadvocate_ Vs Errbody Part 2**

- **EXHIBIT PP - @Burgundybluecommentary Continues To Lie Shade Cry & Recruit People To Attack @Investigatenadvocate 5-29-24_**

- **EXHIBIT QQ - Despite Records Showing @Burgundybluecommentary Isnt Registered Voter N Dolton She Continues 2 Lie 6-3-24**

- **EXHIBIT RR - Troi Torain video titled_ Copyright help for YouTubeInstagram content creators (CCB)**

- **EXHIBIT SS - Dear LNC**

- **EXHIBIT TT - BB deleted her video, this is why! Fraud!**

- **EXHIBIT UU - YouTube Community Guidelines**

- **EXHIBIT VV - Super Victim @Burgundybluecommentary Has Manic Episode During Her Lives & On Her Community Wall-1**

- **EXHIBIT XX - Letter about sexualizing a minor accusation**

- **EXHIBIT YY - YouTube Support Chat about Sexually Exploiting Children**

- **EXHIBIT ZZ - Amended Claim - eCCB**

- **EXHIBIT AAA - Claim - eCCB**

- **EXHIBIT BBB - Letter about Fake court papers**

- **EXHIBIT CCC - YouTube Support Chat about Fake Court Papers**

- **EXHIBIT DDD - Statement From Point & Shoot**