- **EXHIBIT EEE - Retaliation & Coordinated Attack Evidence**

- **EXHIBIT FFF - YouTube Support statements**

- **EXHIBIT GGG - Jedidah Brown RICO**

- **EXHIBIT HHH - Winters V Torain**