# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DASHAY HALL SR., | ) | CASE NO.:  3:24-cv-04071 |
| | ) | **PROPOSED ORDER GRANTING** |
| Plaintiff, | ) | **PLAINTIFF'S MOTION TO ALTER** |
| | ) | **OR AMEND JUDGMENT** |
| v. | ) | **PURSUANT TO FED. R. CIV. P.** |
| | ) | **59(e) AND FOR LEAVE TO** |
| YOUTUBE, LLC | ) | **FILE SECOND AMENDED** |
| | ) | **COMPLAINT** |
| Defendant, | ) | |

**Judge:** Hon. William H. Orrick

Before the Court is Plaintiff DaShay Hall Sr.'s Motion to Alter or Amend Judgment pursuant to Federal Rule of Civil Procedure 59(e) and for Leave to File a Second Amended Complaint. Having considered the Motion, Defendant's Opposition, and Plaintiff's Reply, as well as the entire record in this case, and finding good cause shown:

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Alter or Amend Judgment [Dkt. No. 43] is **GRANTED**.

2. The Court's previous Judgment and Order of Dismissal entered on November 24, 2025 are hereby **VACATED** to correct manifest errors of fact and law and to prevent manifest injustice.

3.  Plaintiff's Motion for Leave to File a Second Amended Complaint is **GRANTED**. The Clerk of the Court is directed to file the Second Amended Complaint, which was previously submitted as an exhibit to Plaintiff's Motion.

4.  Defendant YouTube, LLC shall file its response to the Second Amended Complaint within twenty-one (21) days of the date of this Order.

5.  The Court further finds that Plaintiff's requests for an investigation into professional conduct pursuant to Rule 11 are .

**IT IS SO ORDERED.**

Dated: _____

_____

THE HONORABLE WILLIAM H. ORRICK

UNITED STATES DISTRICT JUDGE