UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASHAY HALL SR., ) | CASE NO.: 3:24-cv-04071 |
| Plaintiff-Appellant, ) | NOTICE OF APPEAL |
| v. ) | |
| YOUTUBE, LLC ) | |
| Defendant-Appellee, ) | |

**Judge:** Hon. William H. Orrick

Notice is hereby given that DaShay Hall Sr., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following orders entered by the Honorable William H. Orrick:

1. Order Granting Motion to Dismiss Plaintiff's First Amended Complaint, entered on November 24, 2025.

2. Order Denying Motion for Relief Under Rule 59(e), entered on January 8, 2026.

Dated: 1/12/2026

By: __/s/ DaShay Hall Sr. _____

DaShay Hall Sr.

629 Westridge Court

Yukon, OK 73099

Tel: (317) 697-0781