**ATTACHMENT TO FORM 4: RESPONSE TO QUESTION 8**

As required by **Question 8** of **Form 4**, the following are the regular monthly expenses required to maintain the infrastructure of my YouTube/media business. While I have been forced to cease streaming due to the Defendant's active litigation retaliation, these fixed costs remain:

- **Internet/High-Speed Data:** $100/month (Essential for platform access/management)
- **Software/Subscriptions:** $50 month (Editing tools, research, security)
- **Equipment Maintenance/Leases:** $125/month (Computers, cameras, audio gear)
- **Digital Storage Space:** $25/Month (If applicable)

**TOTAL MONTHLY BUSINESS EXPENSES: $300**