**ATTACHMENT TO FORM 4: RESPONSE TO QUESTION 9**

**Plaintiff: DaShay Hall Sr.**

**Major Changes Expected in the Next 12 Months:**

1. **Income Instability**: I expect my business income to remain at or near zero for the foreseeable future due to the Defendant's active retaliation. As documented in this litigation, I am currently "one strike away" from total permanent termination of my YouTube channel, which is my primary source of livelihood.

2. **Liability Increases**: Due to the loss of business income caused by the "Double Tap" strikes and other retaliatory platform actions, I anticipate an increase in personal liabilities (debt) as household funds are increasingly diverted from basic survival needs to maintain essential business infrastructure.

3. **Asset Risk**: The value of my primary business asset—the YouTube channel and its associated intellectual property—is at immediate risk of total loss. If a stay or reversal is not granted, this asset will likely be destroyed by the Defendant's automated and retaliatory enforcement actions before this appeal is concluded.