UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DASHAY LOUIS HALL,

       Plaintiff.

    v.

YOUTUBE, LLC,

       Defendant.

Case No. 24-cv-04071-WHO

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Re: Dkt. No. 49

Plaintiff has filed an Application to Proceed *In Forma Pauperis* on appeal. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application.

**IT IS SO ORDERED.**

Dated: February 27, 2026

WILLIAM H. ORRICK
United States District Judge