CAND Pay.gov Application for Refund (rev. 3/2025)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- *Complete all required fields (shown in **red***); otherwise, your request may be denied and require resubmission.*
- *The information for the required receipt fields can be found in the Pay.gov screen receipt or confirmation email.*

1. **Your Name*:** DaShay Hall
2. **Your Email Address*:** arifootball25@gmail.com
3. **Receipt Agency Tracking ID for Refund*:** 77334624200
4. **Transaction Date for Refund*:** 3/23/2026
5. **Transaction Amount to be Refunded*:** $605
6. **Receipt Agency Tracking ID for Correct Receipt Number on Docket*:** N/A
7. **Your Phone Number:** 317-697-0781
8. **Full Case Number (if applicable):** DCAN324CV004071-

**9. Fee Type:***

| | |
|---|---|
| ☐ | **Attorney Admission** |
| ☐ | **Civil Case Filing** |
| ☐ | **Audio Recording** |
| ☑ | **Notice of Appeal** |
| ☐ | **Pro Hac Vice** |
| ☐ | **Writ of Habeas Corpus** |
| ☐ | **Other:** _____ |

10. **Reason for Refund Request*:** *Explain in detail what happened to cause duplicate charges, no fee required, etc.*

☐ **Duplicate Charge**  ☑ **No Fee Required for Filing**  ☐ **Other**

Dist. Ct. granted IFP on 2/27/26. 9th Cir. initially denied IFP on 3/2/26 and ordered $605 fee. I paid on 3/23/26 to comply. On 3/27/26, 9th Cir. vacated its 3/2 order and confirmed my IFP status. Refund requested as no fee is required.

*If you paid a filing fee using an abandoned case number, note that case number here and e-file the refund request in the **open** case.*

✓ **Efile this form:** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments.

Assistance: Contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | | |
|---|---|---|
| Refund request: ☑ Approved | ☐ Denied | ☐ Denied — Resubmit amended application (see reason for denial) |
| Approval/denial date: | **APPROVED** By Ana Banares at 7:00 pm, Mar 31, 2026 | |
| Pay.gov refund tracking ID refunded: | 28126G9N | |
| Date refund processed: | 4/1/2026 | |
| Request approved/denied by: | | |
| Agency refund tracking ID number: | 77334624200 | |
| Refund processed by: | Jesusa Nobleza | |
| Reason for denial (if applicable): | | |
| Referred for OSC date (if applicable): | | |